# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1301
_____

THERESA BRENNAN-BROOKS,

   Appellant/Cross-Appellee,

v.

INDIAN RIVER FIRE RESCUE/
JOHNS EASTERN COMPANY, INC.,

   Appellees/Cross-Appellants.

_____


On appeal from an order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident:  May 2, 2016.

January 25, 2019


PER CURIAM.

   AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant/Cross-Appellee.

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellees/Cross-Appellants.